# United States District Courts
## WESTERN DISTRICT OF TEXAS

United States of America

v.

(1) Saman Mahmoudpour

**WARRANT FOR ARREST**

Case Number: DR:24-M -01489(1)

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     (1) Saman Mahmoudpour
                                                                                 Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description)

*On or about May 18, 2024, the defendant, Saman MAHMOUDPOUR, an alien who is a native and citizen of Iran, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, TX.*

in violation of Title    **8**    United States Code, Section(s)    **1325(a)(1)**

| | |
|---|---|
| JOSEPH A CORDOVA | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | May, 23, 2024 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $    DETAIN    by    JOSEPH A CORDOVA
                                                                                        Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received<br>    May 23, 2024 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest<br>    May 18, 2024 | Reynaga, Jeremy<br>Border Patrol Agent | /s/ Reynaga, Jeremy |