# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | |
| § | Case Number: DR:24-M -01489(1) |
| (1) Saman Mahmoudpour § | |
| *Defendant* | |

## ORDER APPOINTING COUNSEL

The above-named defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Mary Pietrazek, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

ORDERED this 29th day of May, 2024.

_____
MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE