# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| § | |
| **VS.** § | **CASE NUMBER: DR:24-M-01489** |
| § | |
| § | |
| § | |
| **SAMAN MAHMOUDPOUR** § | |

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes **SAMAN MAHMOUDPOUR**, Defendant, and files this FIRST Motion for Continuance of this cause and shows the following:

Detention hearing is set for June 3, 2024

**II.**

Counsel for the Defendant anticipates resolving this matter without the need for a hearing and would like additional time to procure a waiver for this matter.

**III.**

This motion is not made for the purposes of delay, but that justice may be done. Defendant seeks a continuance to June 7, 2024.

Respectfully submitted,

/S/Mary Pietrazek
MARY PIETRAZEK
State Bar No: 24102358
ATTORNEY FOR DEFENDANT
1924 N. MAIN AVE
SAN ANTONIO, TEXAS 78212

Telephone: (210) 951-9795

Facsimile: (210) 855-2045

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above foregoing document has been served on the government via the ECF.

       /S/Mary Pietrazek
MARY PIETRAZEK