**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| **vs.** | § | **Case Number:  DR:24-M -01489(1)** |
| | § | |
| **(1) Saman Mahmoudpour** | § | |

## ORDER RESETTING DETENTION HEARING

   IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 9:00 AM, in Courtroom 2, on the Second Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX, on June 07, 2024.

   IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

   IT IS SO ORDERED this 3rd day of June, 2024

_____
**JOSEPH A CORDOVA**
**UNITED STATES MAGISTRATE JUDGE**