UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § § § | Case No.: 24-M-01489 |
| SAMAN MAHMOUDPOR | | |

## WAIVER OF

## DETENTION HEARING
### (Rule 5 or 32.1, Fed.R.Crim.P.)

**Detention Hearing**

I have also been advised of my right to a detention hearing. I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive (give up) my right to have a detention hearing.

X _____
Defendant

_____
Counsel for Defendant

Date: 06/03/24