# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number: DR:24-M -01489(1) |
| | § | |
| (1) Saman Mahmoudpour | § | |
| *Defendant* | | |

## ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Saman Mahmoudpour, a hearing was set for 06/07/24.

MARY PIETRAZEK was appointed to represent the defendant. On 06/04/24, the attorney for the defendant filed a Waiver of Detention Hearing signed by the attorney, and the defendant waiving the hearings and the right to contest the Government's motion,

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED this 4th day of June, 2024.

_____
JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE