# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | DR:24-M -01489(1)-EG |
| | § | |
| (1) SAMAN MAHMOUDPOUR | § | |

## ORDER RESETTING REARRAIGNMENT/PLEA/SENTENCING

     IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **REARRAIGNMENT/PLEA/SENTENCING** in Courtroom 3, on the Second Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX, on **Monday, August 12, 2024 at 09:00 AM**.

     IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

     IT IS SO ORDERED this 2nd day of July, 2024.

_____
ERNEST GONZALEZ
UNITED STATES DISTRICT JUDGE