# SENTENCING
## DEL RIO DIVISION

CASE No.: DR:24-M-01489(1)-EG

DEFENDANT:

#1 Saman Mahmoudpour             #1 [CJA] Mary Carol Pietrazek

JUDGE: **ERNEST GONZALEZ**        AUSA: Izaak Bruce
DEPUTY CLERK: Jessica Patino      INTERPRETER: Nawzad Muradi (Y) N
COURT REPORTER: Ziyacdah Atkinson PROB. OFFICER:
DATE: Monday, August 12, 2024     TIME: 9:44am    3 mins

### PROCEEDINGS

PLED GUILTY DATE: 8/12/24

- [X] SEN. HELD: COUNTS: 1
- [ ] SEN. (H) RESET TO:
- [ ] DFT FAILS TO APPEAR
- [ ] BOND REVOKED & WARRANT ORDERED
- [ ] COURT ACCEPTS PLEA AGREEMENT
- [ ] OBJECTIONS TO PRE-SENTENCE REPORT HEARD
- [X] PRE-SENTENCE REPORT SEALED
- [ ] GOVT'S ORAL MOTION FOR 3E1.1(b) ORALLY GRANTED
- [ ] DISMISSED COUNTS UPON GOVT MOTION: COUNTS:
- [X] COURT ADVISED DFT OF RIGHT TO APPEAL
- [ ] DFT GIVES ORAL NTC OF APPEAL
- [X] DFT CONTINUED IN CUSTODY
- [ ] DFT REMANDED TO CUSTODY
- [ ] DFT CONTINUED ON PRESENT BOND PENDING DESIGNATION OF INSTITUTION
- [ ] DFT SHALL NOT BE REQUIRED TO REPORT PRIOR TO:
- [ ] COURT RECOMMENDS BOP PLACEMENT:
- [ ] DENIAL OF FEDERAL BENEFITS FOR _____ YEARS
- [ ] PARTICIPATE IN INMATE FINANCIAL RESPONSIBILITY PROGRAM

OTHER:

COUNT: _1_  CTS: Yes

IMP. _Time Served_ MOS. ( _____ ) DAY (CR/CS)   S/R _no TSR_ YRS. (CR/CS)

( ) SUBSTANCE ABUSE TREATMENT
( ) NOT USE OR POSSESS CONTROLLED SUBST.
( ) SUBMIT TO SUBST. ABUSE TESTING
( ) SHALL ABSTAIN FROM USE OF ALCOHOL/INTOX.
( ) SHALL NOT PURCHASE.....PSYCHOACTIVE SUBST.

( ) PARTICIPATE IN MENTAL HEALTH TREATMENT
( ) SHALL TAKE MENTAL HEALT MEDS. PRESCRIBED

( ) SHALL PROVIDE ACCESS TO FINANCE INFO
( ) SHALL NOT INCUR NEW CREDIT CHARGES
( ) J/C IMPOSES FIN. PNLTY SHALL PAY FIN. PNLTY

( ) EMPLOYMENT W/OUT PRIOR APPROVAL

( ) SHALL NOT COMM. W/ KNOWN GANG MBR.

( ) PLACE RESTRICTIONS
( ) COMPLY W/ CHILD SUPPORT COURT ORDER
( ) GAMBLING CONDITIONS
( ) COMMUNITY SVC: _____ HRS W/IN _____ MOS/DAYS
( ) PARTICIPATE IN A COGNITIVE-BEHAVIORAL TREATMENT
( ) OBTAIN GED INCAR. OR W/IN FIRST _____ MOS. OF SR
( ) SHALL PARTICIPATE IN EDUCATIONAL SERVICES PROG.
( ) SHALL PARTICIPATE IN VOCATIONAL SERVICES PROG.
( ) RESIDENT REENTRY CTR _____ DAYS/MONTHS _____
( ) SEX OFFENDER CONDITIONS SEE PSR

PROB _____ MOS/YRS   FINE $ _0_   S/A $ _Remit_   REST. $ _____

COUNT: _____
  IMP. _____ MOS. ( _____ ) DAY (CR/CS)   S/R _____ YRS. (CR/CS)
  PROB _____ MOS/YRS   FINE $ _____   S/A $ _____   REST. $ _____

COUNT: _____
  IMP. _____ MOS. ( _____ ) DAY (CR/CS)   S/R _____ YRS. (CR/CS)
  PROB _____ MOS/YRS   FINE $ _____   S/A $ _____   REST. $ _____

COUNT: _____
  IMP. _____ MOS. ( _____ ) DAY (CR/CS)   S/R _____ YRS. (CR/CS)
  PROB _____ MOS/YRS   FINE $ _____   S/A $ _____   REST. $ _____

COUNT: _____
  IMP. _____ MOS. ( _____ ) DAY (CR/CS)   S/R _____ YRS. (CR/CS)
  PROB _____ MOS/YRS   FINE $ _____   S/A $ _____   REST. $ _____

OTHER: _____

[x] Fine is waived or is below the guideline range because of the defendant's inability to pay.
[x] Special assessment ordered remitted upon Government's oral motion.
[ ] Payment Plan: $ _____ per month. Due no earlier than 60 days after release from imprisonment or:
[ ] Payment Plan: $ _____ per month. Due by the 3rd day each month beginning ___/___/___
[ ] Court Recommends: _____